P&P File Number U6932A

**PRESSLER AND PRESSLER, LLP**
COUNSELLORS AT LAW
7 Entin Road.
Parsippany, NJ 07054-5020
(973)  753-5100
Attorneys for Defendant Premier Credit
 of North America, LLC

---

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| HECTOR L HUERTAS | : | |
| | : | |
| Plaintiff | : | Civil Action No.:  08-CV-3959(RBK) |
| vs. | : | |
| | : | **APPLICATION FOR ADDITIONAL TIME** |
| US DEPT OF EDUCATION | : | **TO ANSWER, MOVE OR RESPOND** |
| DIANE SPADONI | : | **L.Civ.R. 6.1(b)** |
| PREMIER CREDIT OF NORTH | : | |
| AMERICA, LLC | : | |
| | : | |
| Defendants | : | |

Application is hereby made for an Order extending the time within which defendant, Premier Credit of North America, LLC, may answer, move or otherwise respond to the Complaint herein for 15 days, until October 29, 2008; and it is represented that:

1. Defendant Premier Credit of North America, LLC was served with the Summons and Complaint on September 24, 2008.

2. That the time for Defendant to answer, move or otherwise respond to the Complaint would be not earlier than October14, 2008; that time has not yet expired; and

3. No prior application for an extension has been made.

4. This request is made without waiving any defenses, including the lack of personal jurisdiction and improper service of process.

Pressler and Pressler, LLP
Attorney for Defendant, Premier Credit of
North America, LLC

Dated:  October 14, 2008

S/Steven P. McCabe
By_____
Steven P. McCabe

## <u>ORDER</u>

The above application is ORDERED/GRANTED; the time within which Defendant, Premier

Credit of North America, LLC may answer, move or otherwise respond to the Complaint is

extended until October 29, 2008.

 

 

_____

(      ) U.S. District Judge

(      ) Clerk

(      ) Deputy Clerk