P&P File Number U6932A

Steven P. McCabe, Esq.
Pressler and Pressler, LLP
Attorney for Premiere Credit
7 Entin Road
Parsippany, New Jersey 07054-5020
Off:  (973) 753-5100
Fax:  (973) 753-5353

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| HECTOR L. HUERTAS, | ) | HON. ROBERT B. KUGLER |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:08-cv-3959 RBK- |
| | ) | KMW |
| | ) | |
| vs. | ) | |
| | ) | **NOTICE OF CROSS MOTION** |
| | ) | **OF PREMIERE CREDIT OF** |
| PREMIERE CREDIT OF NORTH | ) | **NORTH AMERICA, LLC TO** |
| AMERICA, LLC, et al. | ) | **DISMISS THE COMPLAINT OF** |
| | ) | **PLAINTIFF PURSUANT TO** |
| Defendants. | ) | **F.R.Civ.P. 37(b)(2)(A)(v)** |
| | ) | Return date:  June 25, 2010 |
| | ) | |
| | ) | **DOCUMENT** |
| | | **ELECTRONICALLY** |
| | | **FILED** |

To:   Hector L. Huertas
      2205 Sewell Street
      P.O. Box 448
      Camden, NJ 07101
       Plaintiff, pro se

PLEASE TAKE NOTICE that on Monday, June 21, 2010, defendant Premiere Credit

of North America, LLC shall cross-move before the Honorable Robert B. Kugler, United

States District Judge, at the Mitchell H. Cohen Building & United State Courthouse, 1 John F.

Gerry Plaza, 4th and Cooper Streets, Camden, New Jersey, to dismiss this action with prejudice under F.R.Civ.P. 37(b)(2)(A)(v).

In support of this cross motion Defendant Premiere Credit of North America, LLC will rely upon: (1) the pleadings and the record in this case; (2) The Declaration of Counsel, with Exhibits A - D filed with this notice, and (3) a Memorandum of Law, filed with this motion. A proposed form of Order is also submitted with this motion.  Defendant Premiere Credit of North America, LLC also joins in the matter of the federal defendants to dismiss the complaint pursuant to F.R.Civ.P. 37(b)(2)(A)(v) and specifically incorporates in this cross motion such parts of that motion as are relevant.

                                                PRESSLER AND PRESSLER, LLP
                                                Attorneys for Premiere Credit of North America, LLC

                                                 s/Steven P. McCabe
Dated:  June 7, 2010                    By: _____
                                                  Steven P. McCabe