NOT FOR PUBLICATION                                           (Document Nos. 95, 96, 107)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | | |
|---|---|---|
| HECTOR L. HUERTAS, | : | |
| Plaintiff, | : | Civil No. 08-3959 (RBK/KMW) |
| v. | : | **ORDER** |
| U.S. DEPARTMENT OF EDUCATION, DIANE SPADONI, AND PREMIER CREDIT OF NORTH AMERICA, LLC. | : | |
| Defendants. | : | |

THIS MATTER having come before the Court upon Defendants DOE and Spadoni's Motion to Dismiss (Doc. No. 95) and Defendant PCNA's "Cross" Motion to Dismiss (Doc. No. 107) and Plaintiff's Motion for Facts to be Taken as Established, or alternatively, for Summary Judgment (Doc. No. 96); and the Court having considered the moving papers and the response thereto; and for the reasons expressed in the Opinion issued this date;

IT IS HEREBY ORDERED that Defendants DOE and Spadoni's Motion is **GRANTED**; and it is further

ORDERED that Defendant PCNA's Motion is **GRANTED**; and it is further

ORDERED that Plaintiff's Motion is **DISMISSED AS MOOT**; and it is further

ORDERED that this civil action is **DISMISSED WITH PREJUDICE**; and it is further

ORDERED that this civil action is **CLOSED.**

Date:  7-12-10                                        /s/ Robert B. Kugler
                                                      ROBERT B. KUGLER
                                                      United States District Judge